**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRANDON L. KOLLN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Case No. CIV-14-858-D |
| | ) |
| RAIL BARGE TRUCK SERVICES, | ) |
| INC., a Kentucky corporation | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF, BRANDON L. KOLLN'S FINAL LIST**
**OF EXPERT WITNESSES-IN-CHIEF**

Plaintiff, Brandon L. Kolln respectfully submits the following Final List of Expert

Witnesses-In-Chief pursuant to the Court's May 19, 2015 Order [Dkt. No. 71].[1]

**Witnesses Expected To Be Called:**

| | **WITNESS** | **PROPOSED TESTIMONY** |
|---|---|---|
| 1. | John C. Frost<br>President<br>Safety Engineering Services, Inc.<br>2627 Trailway Rd., SE<br>Huntsville, AL 35801<br>(256) 650-0335 | Mr. Frost will testify as to the matters and opinions set forth in his expert report and his deposition, if taken. Mr. Frost may need to supplement his report as additional evidence is produced during the remainder of discovery. Mr. Frost will also respond as necessary to opinions rendered by any expert witness listed by Defendant in this case, and any additional evidence produced during the remainder of discovery. |

---

[1] In addition to providing his list of expert witnesses, pursuant to Fed.R.Civ.P. 26(a)(1)(2)(C), Plaintiff discloses his medical providers herein.

| 2. | Lisa Cox, M.H.R., C.R.C., C.L.C.P.<br>Certified Rehabilitation Counselor<br>LCVS, LLC<br>121 Collier Dr., Suite 900<br>Norman, OK 73069<br>(405) 476-2576 | Ms. Cox will testify as to the matters and opinions set forth in her expert report and her deposition, if taken. Ms. Cox may need to supplement her report as additional evidence is produced during the remainder of discovery. Ms. Cox will also respond as necessary to opinions rendered by any expert witness listed by Defendant in this case, and any additional evidence produced during the remainder of discovery. |
|----|----|----|
| 3. | William M. Clark, Ph.D.<br>1830 Coventry Lane<br>Oklahoma City, OK 73120<br>(405) 325-2861 | Dr. Clark will testify as to the matters and opinions set forth in his expert report and his deposition, if taken. Dr. Clark may need to supplement his report as additional evidence is produced during the remainder of discovery. Dr. Clark will also respond as necessary to opinions rendered by any expert witness listed by Defendant in this case, and any additional evidence produced during the remainder of discovery. |
| 4. | J. Patrick Livingston, M.D.<br>1211 N. Shartel, 5th Floor<br>Oklahoma City, OK 73103<br>(405) 463-0407 | Dr. Livingston will testify as to the matters and opinions set forth in his expert report and his deposition, if taken. Dr. Livingston may need to supplement his report as additional evidence is produced during the remainder of discovery. Dr. Livingston will also respond as necessary to opinions rendered by any expert witness listed by Defendant in this case, and any additional evidence produced during the remainder of discovery. |

| 5. | David Teague, MD<br>OU Physicians<br>Orthopedic Surgery & Rehabilitation<br>825 NE 10th Street, Suite 1300<br>Oklahoma City, OK  73104<br>(405) 271-2663 | *See* medical records.  Dr. Teague is an orthopedic surgeon.  He performed initial procedures for injuries to Plaintiff's left hip, pelvis, right ring finger, right shoulder and left knee.  Dr. Teague will testify as to these procedures, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
|---|---|---|
| 6. | Thomas R. Lewis, MD<br>1200 N. Phillips, Suite 1300<br>Oklahoma City, OK  73104<br>(405) 271-2669 | *See* medical records.  Dr. Lewis is an orthopedic surgeon that Plaintiff was referred to by Dr. Teague for evaluation/possible hip arthroscopy.  Dr. Lewis will testify as to these procedures, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 7. | Christopher White, MD<br>OU Physicians<br>Orthopedic Surgery & Rehabilitation<br>825 NE 10th Street, Suite 1300<br>Oklahoma City, OK  73104<br>(405) 271-2663 | *See* medical records.  Dr. White is an orthopedic surgeon.  He performed Plaintiff's surgery on his right shoulder.  Dr. White will testify as to this procedure, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 8. | Douglas Kaplan, MD<br>4120 W. Memorial Road, Suite 204<br>Oklahoma City, OK  73120-9322<br>(405) 749-4270 | *See* medical records.  Dr. Kaplan is a neurologist.  He evaluated Plaintiff (including, post-concussion headache disorder).  Dr. Kaplan will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |

| 9. | James Mitchell, MD<br>McBride Orthopedic Hospital Clinic<br>1110 N. Lee<br>Oklahoma City, OK 73103<br>(405) 232-0341 | *See* medical records. Dr. Mitchell is an orthopedic surgeon. He performed Plaintiff's left total hip arthroplasty. Dr. Mitchell will testify as to this procedure, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| --- | --- | --- |
| 10. | J. Calvin Johnson, MD<br>Oklahoma Sports Science and Orthopedics<br>6205 N. Santa Fe, #200<br>Oklahoma City, OK 73118<br>(405) 427-6776 | *See* medical records. Dr. Johnson is an orthopedic surgeon that evaluated Plaintiff for his left knee pain. Dr. Johnson will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 11. | Donald Adams, MD<br>Oklahoma Sports Science & Orthopedics<br>1616 S. Kelly<br>Edmond, OK 73013<br>(405) 330-0015 | *See* medical records. Dr. Adams is a pain management physician that Plaintiff was referred to by Dr. Johnson for a 2nd opinion, left knee pain. Dr. Adams performed electrodiagnostic testing, EMG/Nerve Conduction study. Dr. Adams will testify as to his evaluations, these procedures, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 12. | M. Stephen Wilson, MD<br>Rehabilitation Medicine of Oklahoma<br>5500 N. Portland Ave.<br>Oklahoma City, OK 73112<br>(405) 949-1800 | *See* medical records. Dr. Wilson is Plaintiff's pain management physician. Dr. Wilson will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |

**Witnesses That May Be Called:**

| | | |
|---|---|---|
| 1. | William Havron, MD<br>OU Medical Center<br>700 N.E. 13th Street<br>Oklahoma City, OK 73104<br>(405) 271-4700 | *See* medical records. Dr. Havron is a physician with the OU ER/trauma department and was Plaintiff's admitting/attending physician at OU Medical Center and primary physician. Dr. Havron will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 2. | Cristina Guerra, MD<br>OU Medical Center<br>Current practice address:<br>3204 W. Okmulgee<br>Muskogee, OK 74401<br>(918) 686-0338 | *See* medical records. Dr. Guerra was an attending physician in the OU trauma department who examined Plaintiff while at OU Medical Center. Dr. Gueera will testify as to her evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 3. | Justin Northeim, DO<br>1217 Fox Run<br>Bartonville, TX 76226 | Deposed. *See* medical records. Dr. Northeim was an emergency room physician at OU Medical Center. Dr. Northeim will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 4. | Steven Carter, MD<br>OU Medical Center<br>700 N.E. 13th Street<br>Oklahoma City, OK 73104<br>(405) 271-4700 | *See* medical records. Dr. Carter is an attending physician in the OU trauma department who examined Plaintiff while at OU Medical Center. Dr. Carter will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |

| 5. | Roxie Albrecht, MD<br>OUHSC Dept. of Surgery<br>920 Stanton L. Young Blvd., Rm 2140<br>Oklahoma City, OK 73104<br>(405) 271-5781 | *See* medical records.  Dr. Albrecht is an attending physician in the OU trauma department who examined Plaintiff while at OU Medical Center. Dr. Albrecht will testify as to her evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
|---|---|---|
| 6. | Trinitia Cannon, MD<br>Dept. of Otolaryngology<br>825 NE 10th Street<br>Oklahoma City, OK  73104<br>(405) 271-5504 | *See* medical records.  Dr. Cannon is a surgeon that closed Plaintiff's facial laceration.  Dr. Cannon will testify as to her evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 7. | Kristi Self, MD<br>Valir Rehabilitation Hospital<br>721 N.W. 6th Street<br>Oklahoma City, OK  73102<br>(405) 236-3131 | *See* medical records.  Dr. Self is the attending physician at Valir Rehabilitation Hospital. Dr. Self will testify as to her evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 8. | Carolyn Kittell, DDS<br>First Impressions Dentistry<br>4301 NW 63rd, Suite 300<br>Oklahoma City, OK  73116<br>(405) 879-0000 | *See* medical records.  Dr. Kittell is Plaintiff's dentist.  Dr. Kittell will testify as to her evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |
| 9. | Robert Bryan, II, DDS<br>4320 McAuley Blvd.<br>Oklahoma City, OK  73120<br>(405) 755-4826 | *See* medical records.  Dr. Bryan is an oral surgeon that Plaintiff was referred to by Dr. Kittell for evaluation.  Dr. Bryan will testify as to his evaluations, matters set forth in Plaintiff's medical records, and Plaintiff's medical condition, including but not limited to future prognosis. |

Respectfully submitted,


_/s Cody J. Cooper_

Thomas G. Wolfe, OBA #11576
Fred A. Leibrock, OBA #14146
Amy D. White, OBA #19255
Cody J. Cooper, OBA #31025
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma   73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
tgwolfe@phillipsmurrah.com
faleibrock@phillipsmurrah.com
adwhite@phillipsmurrah.com
cjcooper@phillipsmurrah.com

and

Joshua J. Blair, OBA #21605
Clemens & Blair
128 W. Hefner Road
Oklahoma City, OK 73114
Telephone: (405) 478-0058
Facsimile: (405) 478-0296
joshblair.law@gmail.com
*Attorneys for Plaintiff*
*Brandon Kolln*

## CERTIFICATE OF SERVICE

I certify that on the 4th day of August, 2015, I electronically transmitted the above and foregoing instrument to the Clerk of the court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Michael C. Felty
Matthew K. Felty
1200 Robinson Renaissance
119 N. Robinson Avenue
Oklahoma City, OK 73102
*Attorneys for Defendant*

*/s Cody J. Cooper*

00944142.DOCX

8